```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

<u>Marc A. Fournier</u>

    v.                      Case No. 10-cv-334-SM

<u>Dollar Tree Stores, Inc.</u>

<u>ORDER</u>

Re: Document No. 2, Motion to File (Appendix A) Under Seal

Ruling: For the reasons stated in defendant's motion (Doc. No. 2) and reply memorandum (Doc. No. 12), the court grants the motion to seal Appendix A, attached to the Plaintiffs original Writ of Summons filed in state court, which is submitted to this court with Dollar Tree's Notice of Removal (Doc. No. 1). The document appears to be confidential business information. Upon proper motion to unseal the document, the issue may be reexamined at the summary judgment or trial stages when the public's interest in access to public documents may become heightened.

                                       <u>/s/ Landya B. McCafferty</u>
                                       Landya B. McCafferty
                                       U.S. Magistrate Judge

Date: October 15, 2010

cc: Charles G. Douglas, III, Esq.
    Mark T. Broth, Esq.